Marve H. COOPER et al.

v.

Monroe ADLER, et al.

No. 84–510–A.

Supreme Court of Rhode Island.

Dec. 19, 1984.

Zalman D. Newman, Newport, Zvi H. Smith, Providence, for petitioners.

Alex Cari, Turner C. Scott, Newport, for respondents.

## ORDER

Since review of a Superior Court judgment in a zoning matter may only be obtained by petition for writ of certiorari, the motion to dismiss the appeal of Marve H. Cooper and Michelle Cooper is granted.

■

Michael KERINS

v.

STAR CASE ENTERPRISES, INC.

No. 84–525–M.P.

Supreme Court of Rhode Island.

Dec. 19, 1984.

Raul L. Lovett, Marc B. Gursky, Providence, for petitioner.

Gerard S. Lobosco, Providence, for respondent.

## ORDER

The petition for writ of certiorari is denied.

■

O. AHLBORG & SONS, INC.

v.

BERGMEYER ASSOCIATES, INC.

No. 84–584–M.P.

Supreme Court of Rhode Island.

Dec. 19, 1984.

Christopher H. Little, Providence, for petitioner.

Gerald J. Petros, Girard R. Visconti, Providence, for respondent.

## ORDER

The petition for writ of certiorari and motion for stay are both denied.